| | | |
|---|---|---|
| **ATTORNEY GRIEVANCE COMMISSION OF MARYLAND** | * | IN THE |
| | * | COURT OF APPEALS |
| **v.** | * | OF MARYLAND |
| | * | Misc. Docket AG No. 94 |
| **KAMAH MENSELEH GUEH-THORONKA** | * | September Term, 2020 |

## ORDER

Upon consideration of the Joint Petition of the Attorney Grievance Commission of Maryland and the Respondent, Kamah Menseleh Gueh-Thoronka, to indefinitely suspend the Respondent from the practice of law with the right to petition for reinstatement after six months for violations of Rules 1.1, 1.3, 1.4(a) and (b), 1.5 (b), 1.15 (a) and (d), and 8.4 (a) and (d) of the former Maryland Lawyers' Rules of Professional Conduct and the current Maryland Attorneys' Rules of Professional Conduct, former Maryland Rule 16-606.1 (a) and (d), and current Maryland Rule 19-407 (d),  it is this 20th day of May, 2021

**ORDERED,** by the Court of Appeals of Maryland, that the Respondent, Kamah Menseleh Gueh-Thoronka, be, and she hereby is, indefinitely suspended from the practice of law in the State of Maryland, effective immediately, with the right to petition for reinstatement after six months; and it is further

**ORDERED**, that the Clerk of this Court shall remove the name of Kamah Menseleh Gueh-Thoronka from the register of attorneys in this Court, and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761.

Pursuant to Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



/s/ Robert N. McDonald
Senior Judge

Suzanne C. Johnson, Clerk